UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                   :

In re:                                              :        Chapter 11
                                                 :
KEN NAHOUM,                            :        Case No. 16-12662 (MG)
                                               :
                  Debtor.           :
                                               :
-----------------------------------------------------------------x

## RESPONSE TO NOTICE OF UNDELIVERABLE
## MAIL TO DEBTOR/DEBTOR'S ATTORNEY

October 1, 2016

From: United States Bankruptcy Court, Southern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Ken Nahoum, Case Number 16-12662, mg

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Manhattan Division**
**One Bowling Green**
**New York, NY 10004-1408**

Undeliverable Address:
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
Fein, Such and Crane, LLP.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Fein, Such & Crane, LLP
Attn:  Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, New York 11590

and

Fein, Such & Crane, LLP
Attn:  Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

A notice of appearance was filed at Docket No. 4.

Undeliverable Address:
SELECT PORTFOLIO SERVICING, INC., as servicer for
Fein, Such & Crane, LLP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Fein, Such & Crane, LLP
Attn:  Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, New York 11590

and

Fein, Such & Crane, LLP
Attn:  Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, New Jersey 07054

A notice of appearance was filed at Docket No. 5.

---

 /s/ Allen G. Kadish                                                                                           September 30, 2016
Signature of Debtor or Debtor's Attorney                                                        Date


**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**