DICONZA TAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Allen G. Kadish
Email: akadish@dtklawgroup.com

*Proposed Counsel for Ken Nahoum,
Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| KEN NAHOUM, | Case No. 16-12662 (MG) |
| Debtor. | |

------------------------------------------------------ x

**AFFIDAVIT OF KEN NAHOUM**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

STATE OF NEW YORK    )
                                           ) ss:
COUNTY OF NEW YORK   )

KEN NAHOUM, being duly sworn, declares as follows:

1. I (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on September 20, 2016 (the "Petition Date"). I submit this Declaration in support of my chapter 11 petition and pursuant to Southern District of New York Local Bankruptcy Rule 1007-2. Unless otherwise stated, I have personal knowledge of the facts contained herein.

A.   Background

2.   I have worked for decades as a commercial photographer and filmmaker. I have also accumulated certain real property interests, primarily in two residential properties worth multi-millions of dollars.

B.   Circumstances Leading to the Chapter 11

3.   Recently foreclosure proceedings commenced and proceeded against my properties. In addition, my commercial photography and filmmaking business has declined. I filed this chapter 11 case to preserve and maximize asset values for all my creditors and afford me the necessary time and statutory tools to reorganize my financial affairs.

C.   Objectives of the Debtor's Chapter 11 Case

4.   The Debtor intends to use the chapter 11 process to halt the foreclosure actions and address the real estate interests and the encumbrances thereon. I will also use the chapter 11 to pursue ways to restore my commercial photography and filmmaking business and professional career.

D.   My Primary Assets

5.   I currently reside at 95 Greene Street, Units PH A and E (and roof space), New York, New York 10012, in the Soho neighborhood (the "Condo"). Before I bought a unit I lived as a tenant in PH E starting about 1984. The Condo was purchased in phases over 17 years. First, in or about 1992 I bought unit PH E. In or about 1997, I bought unit PH A. Then, in or about 2002, my former significant other, Basia (Barbara) Milewicz, with whom I lived from about 1995, bought unit PH B. Then, together we bought Unit PH C; in or about 2013, we sold unit PH C. In or about 2003, I bought roof

space and acquired a lease to certain other roof space. The remaining units, PH A, B and E and the roof space are combined and are one contiguous living space, although each unit has its own certificate of occupancy and can be separated. Millions of dollars were spent over many years on construction and improvements. The secured lender asserts a single first mortgage against all the units and the roof-owned space. Both Ms. Milewicz and I are jointly obligated on the mortgage. With accrued interest, the secured lender is owed approximately $9.3 million. There are other encumbrances on the Condo including in favor of the condominium association and potentially several other lienors. I believe the Condo is worth in excess of $17 million, well above the mortgage and liens thereon.

6. Ms. Milewicz and I lived in the Condo from approximately 1999 through approximately 2012. We had and raised our three children there who are now aged 11, 13 and 19. Since then our children live with both their parents. We each support them financially although Ms. Milewicz and I are in litigation over our financial relationship and responsibilities.

7. I also own a residential property at 97 Rosewood Lane, Water Mill, New York 11976. It is a three bedroom home with over an acre of land. It was purchased for approximately $875,000.00 in or about 1991. The secured lender asserts a mortgage against the Water Mill home of about $4,000,000.00. I believe the home is worth in excess of $5,500,000.00, well above the mortgage thereon.

E.    Other Disclosures Required By Local Rule 1007-2

8. My photography and film production business, conducted through Ken Nahoum Productions, Inc. and Hypnotic Films, Inc., at one time generated in excess

of $1,000,000.00 per year.[1] It was a very successful career for a time, but business activity has declined and in the last several years, generated far less revenue for me and my family.

9. This case was not originally commenced under chapter 7, 9, 12, 13 or 15 of the Bankruptcy Code.

10. No committee of creditors has been formed in this case to date.

11. As required by Local Bankruptcy Rule 1007-2(a)(4), a consolidated list of the Debtor's twenty (20) largest unsecured creditors is attached hereto as Exhibit "A".

12. As required by Local Bankruptcy Rule 1007-2(a)(5), a consolidated list of the Debtor's five largest secured creditors is attached hereto as Exhibit "B".

13. As required by Local Bankruptcy Rule 1007-2(a)(11), attached hereto as Exhibit "C" is a list of lawsuits currently pending against me.

14. My books and records are located at my residence located at 95 Greene Street, Units PH A and E, New York, New York 10012, although certain records are with my accountant and others.

15. I am an individual and, therefore, Local Bankruptcy Rule 1007-2(a)(12), which requires a list of the individuals who comprise the debtor's senior management, is not applicable.

16. As required by Local Bankruptcy Rule 1007-2(b)(3), for the (approximately) thirty (30) day period following the Petition Date, I anticipate cash

---

[1] Certain personal property in my home is owned by the corporations.

receipts of approximately $0 and ordinary disbursements (including medical insurance for my children and me, medical, utilities, food, etc.) of approximately $28,550.00.

17. The foregoing is true to the best of my knowledge, information and belief.

/s/ Ken Nahoum
KEN NAHOUM

Sworn to before me this
7th day of November, 2016

/s/ Lance Aaron Schildkraut
Notary Public

Lance Aaron Schildkraut
Notary Public, State of New York
No. 02SC6115102
Qualified in Queens County
Commission Expires August 30, 2020

# EXHIBIT "A"

## LIST OF THE DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| Doma West Limited<br>c/o Baker Hostetler LLP<br>Attn: James Day, Esq.<br>45 Rockefeller Plaza<br>New York, NY 10111 | Debtor 1 only | No | | unliquidated and disputed | promissory note | 150,000.00 |
| Navient Solutions, Inc. on behalf of Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre PA 18773-9635 | Debtor 1 only | No | 11/26/13 | unliquidated and disputed | student loans | 23,566.00 |
| Kreinik Associates, LLC<br>747 Third Avenue, 23rd Floor<br>New York, NY 10017 | Debtor 1 only | No | | unliquidated and disputed | professional services | 20,728.62 |
| American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Debtor 1 only | No | | unliquidated and disputed | credit card | 4,906.79 |
| Navient Solutions, Inc. on behalf of Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre PA 18773-9635 | Debtor 1 only | No | 11/26/13 | unliquidated and disputed | student loans | 4,136.53 |
| PSEGLI<br>Special Collections<br>15 Park Drive<br>Melville, NY 11747 | Debtor 1 only | No | | unliquidated and disputed | | 3,003.11 |
| Baroque Access<br>141 Fifth Avenue, 2nd Floor<br>New York, NY 10010 | Debtor 1 only | Yes | | unliquidated and disputed | | 3,000.00 |
| Consolidated Edison Company of New York, Inc.<br>4 Irving Place, Room 1875-S<br>New York, NY 10003 | Debtor 1 only | No | | unliquidated and disputed | utility | 2,535.96 |
| Credit Management LP<br>4200 International Parkway<br>Carrollton TX 75007 | Debtor 1 only | No | 12/23/15 | unliquidated and disputed | Time Warner Cable Company | 2,393.00 |
| Burger & Greene LLP<br>Attn: Nancy Greene, Esq.<br>420 Lexington Avenue, Suite 1425<br>New York NY 10170 | Debtor 1 only | No | | unliquidated and disputed | professional services | 1,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NTL Credit Systems<br>117 E 24th St 5th Floor<br>New York NY 10010 | At least one of the debtors and another | No | 8/27/12 | unliquidated and disputed | West End Pediatrics | 1,000.00 |
| West End Pediatrics<br>450 West End Avenue<br>New York, NY 10024 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 1,000.00 |
| Professional Services of New York<br>2701 Middle Country Rd<br>Lake Grove NY 11755 | Debtor 1 only | No | 12/21/11 | unliquidated and disputed | WF McCoy Petroleum Products | 461.00 |
| Debt Recovery Solutions<br>6800 Jericho Tpke 113E<br>Syosset NY 11791 | Debtor 1 only | No | 1/29/14 | unliquidated and disputed | Verizon | 182.00 |
| Olde Town Animal Hospital<br>380 Country Road 39a<br>Southampton NY 11968 | Debtor 1 only | No | | unliquidated and disputed | | 171.23 |

# EXHIBIT "B"

## DEBTOR'S FIVE (5) LARGEST SECURED CREDITORS

| Creditor Name and Address | Who Owes the Debt | Date Debt Was Incurred | Description of Property Securing Claim | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Nature of Lien | Amount of Claim | Value of Collateral That Supports This Claim | Unsecured Portion |
|---|---|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, NA<br>c/o Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>1400 Old Country Road<br>Suite C103<br>Westbury, NY 11590<br><br>and<br><br>JPMorgan Chase Bank, NA<br>Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054 | At least one of the debtors and another | 1/23/2008 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | mortgage | 9,300,000.00 | 17,000,000.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>c/o Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>1400 Old Country Road<br>Suite C103<br>Westbury, NY 11590<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>c/o Shapiro, DiCaro & Barak, LLC<br>Attn: Robert W. Griswold<br>One Huntington Quadrangle<br>Suite 3N05<br>Melville, NY 11747 | Debtor 1 only | 5/24/2006 | 97 Rosewood Lane, Watermill, NY 11976 | unliquidated and disputed | mortgage | 4,023,187.55 | 5,500,000.00 | 0.00 |
| Carol McNulty & Kull LLC<br>570 Lexington Ave<br>New York, NY 10022 | At least one of the debtors and another | October 2012 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | judgment for legal fees | 200,000.00 | 17,000,000.00 | 0.00 |

| Creditor | Codebtor | Date | Property | Status | Nature | | | |
|---|---|---|---|---|---|---|---|---|
| Greene House Condominium Association<br>c/o Paul Brensilber<br>Jordan Cooper LLC<br>440 Ninth Avenue, 15th Floor<br>New York, NY 10001<br><br>and<br><br>Greene House Condominium Association<br>c/o Lewis Law PLLC<br>Attn: Kenneth M. Lewis, Esq.<br>220 White Plains Road<br>Tarrytown, NY 10591<br><br>and<br><br>Greene House Condominium Association<br>c/o Braverman Greenspun, P.C.<br>Attn: Kelly A. Ringston, Esq.<br>110 East 42nd Street, 17th Floor<br>New York, NY 10017 | At least one of the debtors and another | August 2016 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | common charges and assessments | 190,000.00 | 17,000,000.00 | 0.00 |

Creditors identified in this schedule are identified as secured.  However, the Debtor reserves all rights to dispute or reclassify them.

# EXHIBIT "C"

## PENDING LAWSUITS AGAINST THE DEBTOR

| Case Title | Case No. | Nature of Case | Court or Agency | Status of Case |
|---|---|---|---|---|
| JPMorgan Chase Bank, NA v. Kenneth Nahoum, et al. | Index No. 108961/2009 | foreclosure action | New York County Supreme Court | disposed |
| Citibank (South Dakota), N.A. v. Ken Nahoum | Index No. 113751/2009 | | New York County Supreme Court | active |
| Kenneth Nahoum v. Greene House Condominium | Index No. 107116/2011 | | New York County Supreme Court | active |
| Greene House Condominium v. Kenneth Nahoum | Index No. 110468/2011 | | New York County Supreme Court | active |
| U.S. Bank NA as Trustee, Successor in Interest to Bank of America, NA as Successor By Merger to LaSalle Bank NA as Trustee for Wamu Mortgage Pass-Through Certificates Series 2006-AR8 Trust v. Ken Nahoum, et al. | Index No. 001423/2012 | foreclosure action | Suffolk County Supreme Court | disposed |
| Ken Nahoum v. Basia Milewicz | Index No. 158460/2015 | | New York County Supreme Court | active |