UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                       Chapter 11

KEN NAHOUM,                                                   Case No. 16-12662 (MG)

          Debtor.

-------------------------------------------------------------x

### NOTES REGARDING THE DEBTOR'S
### SCHEDULE OF ASSETS AND LIABILITIES
### AND STATEMENT OF FINANCIAL AFFAIRS

KEN NAHOUM, debtor and debtor-in-possession herein (the "**Debtor**"), by and through

his undersigned counsel, DiConza Traurig Kadish LLP, hereby sets forth his Notes with respect to

its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the

"**Statement**"), as follows.

1.        The Debtor has prepared its Schedules and Statement as attached hereto.

2.        Books, records and documents of the Debtor may reside with other parties and as

of the date hereof may be unavailable to the Debtor from which to compile the Schedules and

Statement.

3.        The Schedules and Statement are unaudited.  While the Debtor has made reasonable

efforts to ensure that the Schedules and Statement are accurate and complete based on information

that was known and available at the time of preparation, inadvertent errors or omissions may exist

and/or subsequent information or discovery may result in material changes to the Schedules and

Statement.  The financial and other information underlying the Schedules and Statement are

subject to ongoing review, investigation and analysis, the results of which may necessitate

adjustments that may have a material impact on the Schedules and Statement.  There can be no

assurance that the Schedules and Statement are wholly accurate and complete. Nothing contained in the Schedules and Statement shall constitute a waiver of any right of the Debtor including the right to amend the Schedules and Statement and any right relating to reclassification or recharacterization of defenses and/or causes of action arising under the United States Bankruptcy Code and/or other applicable law.

4.      These Notes are incorporated by reference in, and comprise an integral part of, the Schedules and Statement and should be referred to and reviewed in connection with any review of the Schedules and Statement.

5.      <u>Amendments</u>.  The Debtor reserves his right to amend and/or supplement the Schedules and Statement in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

6.      <u>Excluded Assets and Liabilities</u>.  Certain immaterial assets and liabilities may have been excluded from the Schedules and Statement.

7.      <u>Use of Estimates</u>.  The preparation of the Schedules and Statement required the Debtor to make estimates that may affect the reported assets and liabilities and the disclosures of certain others, including contingent assets and liabilities. Where the Schedules and Statement indicate a zero value or amount, the value or amount may be undetermined or not capable of estimation at this time.

8.      <u>Causes of Action</u>.  The Debtor may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims.  The Debtor may not have set forth all causes of action against third parties as assets of the Debtor in the Schedules

and Statement.  The Debtor reserves all rights with respect to any claims, causes of action or avoidance actions that the Debtors may have, and nothing contained in these Notes or the Schedules and Statement shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

9.      <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim as "disputed," "contingent" or "unliquidated" does not constitute an admission that such amount is not "disputed," "contingent" or "unliquidated" or that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Listing a claim does not constitute an admission of liability.

nahoum, kenneth\chapter 11\case administration\assetsandliabilitiesstmt..docx

**Fill in this information to identify your case and this filing:**

Debtor 1     Ken _____ Nahoum _____
             First Name    Middle Name    Last Name

Debtor 2     _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number    16-12662 (MG)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.  95 Greene Street
      Street address, if available, or other description

      PH A, B, E

      New York          NY    10012
      City              State  ZIP Code

      New York
      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 17,000,000.00

**Current value of the portion you own?**
$ 15,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
fee simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2.  97 Rosewood Lane
      Street address, if available, or other description

      Watermill         NY    11976
      City              State  ZIP Code

      County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 5,500,000.00

**Current value of the portion you own?**
$ 5,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
fee simple

☐ Check if this is community property (see instructions)

Debtor 1    Ken                        Nahoum              Case number *(if known)*    16-12662 (MG)
            First Name    Middle Name    Last Name

1.3. _____
     Street address, if available, or other description

     _____

     _____

     _____
     City                  State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................................➔    $    21,000,000.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:    Cadillac
      Model:   Coup Deville
      Year:    1970
      Approximate mileage:    100,000

      Other information:

      in storage at Reid Brothers

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$    1,000.00    $    1,000.00

If you own or have more than one, describe here:

3.2.  Make:    _____
      Model:   _____
      Year:    _____
      Approximate mileage:    _____

      Other information:

      _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

Debtor 1    Ken              Nahom           Case number (if known)    16-12662 (MG)
            First Name    Middle Name    Last Name

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:
[                    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:
[                    ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.  Make: Boston Whaler

Model: _____

Year: 1995

Other information:
[ in storage at Spellman Marina ]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 1,000.00   $ 1,000.00

If you own or have more than one, list here:

4.2.  Make: Yamaha

Model: 3 stroke jet ski

Year: _____

Other information:
[ in storage at Spellman Marina ]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 1,000.00   $ 1,000.00

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................➔   $ 3,000.00

| Debtor 1 | Ken | Nahoum | | Case number *(if known)* | 16-12662 (MG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... furniture
   $ 3,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... tv, computer
   $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... art
   $ 10,000.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.......... gloves, balls, childrens' sporting equipment
   $ 200.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........
    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... clothes
    $ 1,000.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.......... watch
    $ 1,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.......... dog
    $ 1,000.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ..............
    $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................➔
    $ 17,200.00

Debtor 1    Ken                    Nahoum                                Case number *(if known)*    16-12662 (MG)
            First Name    Middle Name    Last Name

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ..................................................................................................................    Cash: .................    $_____100.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................                        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Chase (joint account with B. Milewicz) | $_____2.00 |
| 17.2. Checking account: | Bridgehampton National Bank account # 6323 | $_____986.42 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | Morgan Stanley account # 9113 | $_____0.12 |
| 17.7. Other financial account: | Credit Suisse | $_____0.00 |
| 17.8. Other financial account: | Morgan Stanley child's account Z. Nahoum #0259 | $_____36,087.00 |
| 17.9. Other financial account: | Morgan Stanley child's account A. Nahoum #0261 | $_____785.45 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................    Institution or issuer name:

|  | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Ken Nahoum Productions, Inc. d/b/a Edge Films | 100% % | $_____0.00 |
| Hypnotic Films, Inc. | 100% % | $_____0.00 |
| | 0% % | $_____ |

Debtor 1    Ken                                        Nahoum                      Case number (*if known*)  16-12662 (MG)
            First Name        Middle Name        Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific      Issuer name:
information about
them......................     _____      $_____

                              _____      $_____

                              _____      $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each          Type of account:        Institution name:
account separately.

                          401(k) or similar plan:  _____      $_____

                          Pension plan:            _____      $_____

                          IRA:            Morgan Stanley account # 0313                  $        20,693.00

                          Retirement account:      _____      $_____

                          Keogh:                   _____      $_____

                          Additional account:  Ken Nahoum Productions, Inc. profit sharing #0303 at Mor  $        217.12

                          Additional account:      _____      $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.......................     Institution name or individual:

                          Electric:                _____      $_____

                          Gas:                     _____      $_____

                          Heating oil:             _____      $_____

                          Security deposit on rental unit: _____      $_____

                          Prepaid rent:            _____      $_____

                          Telephone:               _____      $_____

                          Water:                   _____      $_____

                          Rented furniture:        _____      $_____

                          Other:                   _____      $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.......................     Issuer name and description:

                              _____      $_____

                              _____      $_____

                              _____      $_____

---

Debtor 1    Ken                    Naheum                Case number *(if known)*  16-12662 (MG)
            First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes ................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____    $_____
    _____    $_____
    _____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific
       information about them....  _____    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
       information about them....  _____    $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
       information about them....  _____    $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information
       about them, including whether
       you already filed the returns
       and the tax years. ......................

    Federal:    $_____
    State:      $_____
    Local:      $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information..............

    Alimony:              $_____
    Maintenance:          $_____
    Support:              $_____
    Divorce settlement:   $_____
    Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information..............  _____    $_____

Debtor 1    Ken          Nahum          Case number *(if known)*    16-12662 (MG)
        First Name    Middle Name    Last Name

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company
        of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Penn Mutual policy # 8514227 | children | $              0.00 |
|  |  | $ |
|  |  | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..............    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim. ...................    see attached    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ...................    $_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................... ➔    $    21,898.66

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe.......    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe.......    $_____

---

Official Form 106A/B          **Schedule A/B: Property**                    page 8

Debtor 1    Ken _____ Nahoum _____ Case number *(if known)* 16-12662 (MG)
First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe......    photo equipment & props owned by Ken Nahoum Productions and Hypnotic Films    $ 0.00

**41. Inventory**

☑ No
☐ Yes. Describe.......    $ _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | ____% | $ _____ |
| _____ | ____% | $ _____ |
| _____ | ____% | $ _____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

　☐ No
　☐ Yes. Describe.......    $ _____

**44. Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information .........    Hypnotic Films, Inc. potential claim against Baroque Access    $ 0.00
$ _____
$ _____
$ _____
$ _____
$ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ............................................................................→    $ 0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes .......................    $ _____

Debtor 1    Ken    Nahoum
         First Name    Middle Name    Last Name

Case number *(if known)*    16-12662 (MG)

---

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
    information. ...........    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes .......................    $_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes .......................    $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
    information. ...........    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...................................................................................➔    $_____

---

<table>
<tr><td>Part 7:</td><td>**Describe All Property You Own or Have an Interest in That You Did Not List Above**</td></tr>
</table>

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
    information. ...........    $_____
                              $_____
                              $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................➔    $_____

---

<table>
<tr><td>Part 8:</td><td>**List the Totals of Each Part of this Form**</td></tr>
</table>

55. **Part 1: Total real estate, line 2** ...................................................................................➔    $ 21,000,000.00

56. **Part 2: Total vehicles, line 5**    $ 3,000.00

57. **Part 3: Total personal and household items, line 15**    $ 17,200.00

58. **Part 4: Total financial assets, line 36**    $ 21,898.66

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $_____

61. **Part 7: Total other property not listed, line 54**    +$_____

62. **Total personal property.** Add lines 56 through 61**.** ....................    $ 42,098.66    Copy personal property total ➔    +$ 42,098.66

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ..............................................    $ 21,042,098.66

---

**Attachment to Schedule A/B: Property**

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples: Accidents, employment disputes, insurance claims, or rights to sue

Yes. Describe each claim

| Case Title | Case No. | Nature of Case | Court or Agency | Status of Case | Value |
|---|---|---|---|---|---|
| Kenneth Nahoum v. Greene House Condominium | Index No. 107116/2011 | damages, harassment | New York County Supreme Court | active | 0.00 |
| Ken Nahoum v. Basia Milewicz | Index No. 158460/2015 | breach of contract | New York County Supreme Court | active | 0.00 |

Potential Claims

Chase Bank and other lenders for potential predatory lending practices

Potential Reconciliations

Ken Nahoum Productions, Inc.
Hypnotic Films, Inc.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of New York

Case number 16-12662 (MG)
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 95 Greene Street<br>Line from *Schedule A/B*: 1.1 | $ 15,500,000.00 | ☑ $ 165,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY CPLR 5206 |
| Brief description: 1970 Cadillac<br>Line from *Schedule A/B*: 3.1 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282 |
| Brief description: furniture<br>Line from *Schedule A/B*: 6 | $ 3,000.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282;<br>NY CPLR 5205 |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☑ Yes

Debtor 1    Ken _____    Case number (if known) 16-12662 (MG)
            First Name    Middle Name    Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: tv, computer<br>Line from Schedule A/B: 7 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: sports equipment<br>Line from Schedule A/B: 9 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: clothes<br>Line from Schedule A/B: 11 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: watch<br>Line from Schedule A/B: 12 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: dog<br>Line from Schedule A/B: 13 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: IRA<br>Line from Schedule A/B: 21 | $ 20,693.00 | ☑ $ 20,693.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: proft sharing<br>Line from Schedule A/B: 21 | $ 217.12 | ☑ $ 217.12<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282; NY CPLR 5205 |
| Brief description: life insurance policy<br>Line from Schedule A/B: 31 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NY Debt & Cred Law 282 |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ___<br>Line from Schedule A/B: ___ | $ ___ | ☐ $ ___<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number  16-12662 (MG)
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

**2.1**  see attached

Creditor's Name

Number          Street

_____

City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  _____

**Describe the property that secures the claim:**    $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number          Street

_____

City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  _____

**Describe the property that secures the claim:**    $_____  $_____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $13,713,187.55 |
|---|---|

| Debtor 1 | Ken | Nahoum | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

| **Part 1:** | **Additional Page**<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

Creditor's Name _____

Number     Street _____

_____

City          State   ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____   $_____   $_____

---

Creditor's Name _____

Number     Street _____

_____

City          State   ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____   $_____   $_____

---

Creditor's Name _____

Number     Street _____

_____

City          State   ZIP Code _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____   $_____   $_____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $_____

| Debtor 1 | Ken | | Nahoum | | Case number *(if known)* | 16-12662 (MG) |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Name

Number    Street

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

**Attachment to Schedule D: Creditors Who Have Claims Secured by Property**

**Part 1: Secured Claims**

2. Secured Claims

| Creditor Name and Address | Who Owes the Debt | Date Debt Was Incurred | Description of Property Securing Claim | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Nature of Lien | Amount of Claim | Value of Collateral That Supports This Claim | Unsecured Portion |
|---|---|---|---|---|---|---|---|---|
| 2.1<br>Carol McNulty & Kull LLC<br>570 Lexington Ave<br>New York, NY 10022 | At least one of the debtors and another | October 2012 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | judgment for legal fees | 200,000.00 | 17,000,000.00 | 0.00 |
| 2.2<br>Despatch Self Storage<br>229 Butter Lane<br>Sag Harbor, NY 11963 | Debtor 1 only | 2013 | contents in storage | unliquidated and disputed | warehouse man lien | 0.00 | 0.00 | 0.00 |
| 2.3<br>Enviro Air Quality LLC<br>21 S Fulton Dr.<br>Montauk, NY 11954 | Debtor 1 only | 2008 | 97 Rosewood Lane, Watermill, NY 11976 | unliquidated and disputed | judgment for mold remediation services | 0.00 | 5,500,000.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2.4<br>Greene House Condominium Association<br>c/o Paul Brensilber<br>Jordan Cooper LLC<br>440 Ninth Avenue, 15th Floor<br>New York, NY 10001<br><br>and<br><br>Greene House Condominium Association<br>c/o Lewis Law PLLC<br>Attn: Kenneth M. Lewis, Esq.<br>220 White Plains Road<br>Tarrytown, NY 10591<br><br>and<br><br>Greene House Condominium Association<br>c/o Braverman Greenspun, P.C.<br>Attn: Kelly A. Ringston, Esq.<br>110 East 42nd Street, 17th Floor<br>New York, NY 10017 | At least one of the debtors and another | August 2016 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | common charges and assessments | 190,000.00 | 17,000,000.00 | 0.00 |
| 2.5<br>JPMorgan Chase Bank, NA<br>c/o Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>1400 Old Country Road<br>Suite C103<br>Westbury, NY 11590<br><br>and<br><br>JPMorgan Chase Bank, NA<br>Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054 | At least one of the debtors and another | 1/23/2008 | 95 Greene Street, PH A, B, E, New York, NY 10012 | unliquidated and disputed | mortgage | 9,300,000.00 | 17,000,000.00 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2.6<br>Reid Brothers, Inc.<br>1810 Main Street<br>Sag Harbor NY 11963<br><br>and<br><br>Reid Brothers, Inc.<br>1810 Sag Harbor Turnpike<br>Sag Harbor NY 11963 | Debtor 1 only | | 1970 Cadillac Coup Deville | unliquidated and disputed | warehouse man lien | 0.00 | 1,000.00 | 0.00 |
| 2.7<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>c/o Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>1400 Old Country Road<br>Suite C103<br>Westbury, NY 11590<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>Fein, Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esq.<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054<br><br>and<br><br>Select Portfolio Servicing, Inc.<br>c/o Shapiro, DiCaro & Barak, LLC<br>Attn: Robert W. Griswold<br>One Huntington Quadrangle<br>Suite 3N05<br>Melville, NY 11747 | Debtor 1 only | 5/24/2006 | 97 Rosewood Lane, Watermill, NY 11976 | unliquidated and disputed | mortgage | 4,023,187.55 | 5,500,000.00 | 0.00 |

| 2.8<br>Spellman Marina<br>262 East Montauk Highway<br>Hampton Bays NY 11946 | Debtor 1 only | | Boston Whaler and Yamaha 3 stroke jet ski | unliquidated and disputed | warehouse man lien | 0.00 | 2,000.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| **Total Amount of Claims** | | | | | | **13,713,187.55** | | |

Creditors identified on this schedule are identified as secured.  However, the Debtor reserves all rights to dispute or reclassify them.

**Fill in this information to identify your case:**

Debtor 1    Ken                                    Nahoum
            First Name        Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name     Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number    16-12662 (MG)
(If known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $_____  $_____  $_____

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $_____  $_____  $_____

**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

Debtor 1 _____    Case number (if known) 16-12662 (MG)
              First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** | | | |
|---|---|---|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

_____

Priority Creditor's Name

_____

Number       Street

_____

_____

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___       $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

_____

Priority Creditor's Name

_____

Number       Street

_____

_____

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___       $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

_____

Priority Creditor's Name

_____

Number       Street

_____

_____

City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___       $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____ _____ _____    Case number *(if known)* 16-12662 (MG)

First Name    Middle Name    Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**    see attached

Nonpriority Creditor's Name

_____

Number       Street

_____

City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.2**    _____

Nonpriority Creditor's Name

_____

Number       Street

_____

City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.3**    _____

Nonpriority Creditor's Name

_____

Number       Street

_____

City                      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

Debtor 1 _____    Case number (if known) 16-12662 (MG)
First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                    Total claim

_____    **Last 4 digits of account number** ___ ___ ___ ___    $_____
Nonpriority Creditor's Name

_____    **When was the debt incurred?** _____
Number        Street

_____    **As of the date you file, the claim is:** Check all that apply.
City                State    ZIP Code

**Who incurred the debt?** Check one.                ☐ Contingent
                                                     ☐ Unliquidated
☐ Debtor 1 only                                      ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce that
                                                         you did not report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                 ☐ Other. Specify_____
☐ Yes

_____    **Last 4 digits of account number** ___ ___ ___ ___    $_____
Nonpriority Creditor's Name

_____    **When was the debt incurred?** _____
Number        Street

_____    **As of the date you file, the claim is:** Check all that apply.
City                State    ZIP Code

**Who incurred the debt?** Check one.                ☐ Contingent
                                                     ☐ Unliquidated
☐ Debtor 1 only                                      ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce that
                                                         you did not report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                 ☐ Other. Specify_____
☐ Yes

_____    **Last 4 digits of account number** ___ ___ ___ ___    $_____
Nonpriority Creditor's Name

_____    **When was the debt incurred?** _____
Number        Street

_____    **As of the date you file, the claim is:** Check all that apply.
City                State    ZIP Code

**Who incurred the debt?** Check one.                ☐ Contingent
                                                     ☐ Unliquidated
☐ Debtor 1 only                                      ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                         **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ Check if this claim is for a community debt        ☐ Obligations arising out of a separation agreement or divorce that
                                                         you did not report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                 ☐ Other. Specify_____
☐ Yes

Debtor 1 _____    Case number (if known) 16-12662 (MG)
         First Name      Middle Name      Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number        Street

_____

_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 _____    Case number (if known) 16-12662 (MG)
          First Name      Middle Name      Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 27,702.53 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 545,881.71 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 573,584.24 |

**Attachment to Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2: Nonpriority Unsecured Claims**

4. Nonpriority Unsecured Claims

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.1<br>Al Nahoum<br>P.O. Box 783<br>New York, NY 10156 | Debtor 1 only | No | | | family loan | 290,000.00 |
| 4.2<br>Doma West Limited<br>c/o Baker Hostetler LLP<br>Attn: James Day, Esq.<br>45 Rockefeller Plaza<br>New York, NY 10111 | Debtor 1 only | No | | unliquidated and disputed | promissory note | 150,000.00 |
| 4.3<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | Debtor 1 only | No | | unliquidated and disputed | credit card | 0.00 |
| 4.4<br>American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Debtor 1 only | No | | unliquidated and disputed | credit card | 4,906.79 |
| 4.5<br>Anthem<br>8640 Evans Road<br>St. Louis, MO 63134 | Debtor 1 only | No | | unliquidated and disputed | Empire Health Insurance | 0.00 |
| 4.6<br>Aronson Mayefsky & Sloan, LLP<br>12 East 49th Street, 32nd Floor<br>New York, NY 10017 | Debtor 1 only | No | | unliquidated and disputed | professional fees | 0.00 |
| 4.7<br>Bank of New York<br>101 Barclay Street<br>New York, NY 10286 | Debtor 1 only | No | | unliquidated and disputed | lawsuit | 0.00 |
| 4.8<br>Bank of New York<br>c/o McCabe Weisberg & Conway, PC<br>145 Huguenot Street, Suite 499<br>New Rochelle, NY 10801 | Debtor 1 only | No | | unliquidated and disputed | lawsuit | 0.00 |
| 4.9<br>Barbara Milewicz<br>a/k/a Basia Milewicz<br>15 William St., Apt. # 17A<br>New York, NY 10005 | Debtor 1 only | No | | contingent, unliquidated and disputed | lawsuit | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.10<br>Barbara Milewicz<br>a/k/a Basia Milewicz<br>c/o Eric P. Blaha, Esq.<br>LaRocca Hornik Rosen Greenberg &<br>Blaha, LLP<br>40 Wall Street, Fl. 32<br>New York, NY 10005 | Debtor 1 only | No | | contingent, unliquidated and disputed | lawsuit | 0.00 |
| 4.11<br>Barash, Friedman, Friedberg &<br>Adasko, CPA, PC<br>Attn: Sahlee Ghebreyeses<br>1430 Broadway # 1208<br>New York, NY 10018 | Debtor 1 only | No | | unliquidated and disputed | professional services | 0.00 |
| 4.12<br>Barneys NY<br>575 Fifth Avenue<br>New York, NY 10017 | Debtor 1 only | No | 12/20/03 | unliquidated and disputed | credit card | 0.00 |
| 4.13<br>Baroque Access<br>141 Fifth Avenue, 2nd Floor<br>New York, NY 10010 | Debtor 1 only | Yes | | unliquidated and disputed | | 3,000.00 |
| 4.14<br>Burger & Greene LLP<br>Attn: Nancy Greene, Esq.<br>420 Lexington Avenue, Suite 1425<br>New York NY 10170 | Debtor 1 only | No | | unliquidated and disputed | professional services | 1,500.00 |
| 4.15<br>Law Offices of Weiss & Weiss<br>Attn: Carolyn Weiss, Esq.<br>1 Barker Avenue, 3rd Floor<br>White Plains, NY 10601 | Debtor 1 only | Yes | | unliquidated and disputed | professional services | 0.00 |
| 4.16<br>Citibank (South Dakota), N.A.<br>c/o Peter Murtha, PC<br>125 Michael Drive, Suite 105<br>Syosset, NY 11791 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.17<br>Citibank (South Dakota), N.A.<br>c/o Kirschenbaum Phillips Levy PC<br>40 Daniel Street, Suite 7<br>Farmingdale, NY 11735 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.18<br>Colgate Scaffolding &<br>Equipment Corp.<br>1470 Bruckner Blvd<br>Bronx NY 10473 | Debtor 1 only | No | | unliquidated and disputed | scaffolding | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.19 Columbia Doctors P.O. Box 27648 New York NY 10087 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 0.00 |
| 4.20 Consolidated Edison Company of New York, Inc. 4 Irving Place, Room 1875-S New York, NY 10003 | Debtor 1 only | No | | unliquidated and disputed | utility | 2,535.96 |
| 4.21 Con Ed Cooper Station P.O. Box 138 New York NY 10276 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.22 Corinto Property Care P.O. Box 583 Riverhead NY 11901 | Debtor 1 only | No | | unliquidated and disputed | lawn maintenance | 0.00 |
| 4.23 Credit Management LP 4200 International Parkway Carrollton TX 75007 | Debtor 1 only | No | 12/23/15 | unliquidated and disputed | Time Warner Cable Company | 2,393.00 |
| 4.24 Debt Recovery Solutions 6800 Jericho Tpke 113E Syosset NY 11791 | Debtor 1 only | No | 1/29/14 | unliquidated and disputed | Verizon | 182.00 |
| 4.25 Directv P.O. Box 5007 Carol Stream IL 60197 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.26 Dr. Joe Osipow 842 Park Avenue New York NY 10075 | Debtor 1 only | No | | unliquidated and disputed | dental | 0.00 |
| 4.27 Dr. Farhad Vahidi 205 E 64th Street New York NY 10065 | Debtor 1 only | No | | unliquidated and disputed | dental | 0.00 |
| 4.28 Dvorin Real Estate 27 W 17 Street New York NY 10011 | Debtor 1 only | No | | unliquidated and disputed | services | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.29<br>The Robert Dvorin Team<br>Douglas Elliman Real Estate<br>774 Broadway<br>New York, NY 10003 | Debtor 1 only | No | | unliquidated and disputed | services | 0.00 |
| 4.30<br>Empire<br>P.O. Box 11792<br>Newark NJ 07101 | Debtor 1 only | No | | unliquidated and disputed | health insurance | 0.00 |
| 4.31<br>Fidelity National Title Insurance Company<br>c/o Fidelity National Law Group<br>Attn: Conika Majumdar, Esq.<br>105 Eisenhower Parkway, Suite 103<br>Roseland, NJ 07068 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.32<br>Fidelity National Title Insurance Company<br>c/o Fidelity National Law Group<br>Attn: Conika Majumdar, Esq.<br>350 Fifth Avenue, Suite 3000<br>New York, NY 10118 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.33<br>Fligel Brint & Co<br>Attn: Andrew Brint<br>Broadway Mall, 103 N. Broadway<br>Hicksville NY 11801 | Debtor 1 only | No | | unliquidated | professional services | 0.00 |
| 4.34<br>Grausso & Foy, LLP<br>Attn: Ed Foy<br>8 West Main Street<br>Patchogue New York 11772 | Debtor 1 only | No | | unliquidated | professional services | 0.00 |
| 4.35<br>George Washington University<br>2121 Eye Street NW<br>Washington DC 20052 | Debtor 1 only | No | | contingent and unliquidated | education | 0.00 |
| 4.36<br>George Washington University<br>Student Accounts<br>800 21 Street NW<br>Washington DC 20052 | Debtor 1 only | No | | contingent and unliquidated | education | 0.00 |
| 4.37<br>Internal Revenue Service<br>290 Broadway<br>New York NY 10007 | Debtor 1 only | No | | unliquidated and disputed | taxes | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.38<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Debtor 1 only | No | | unliquidated and disputed | taxes | 0.00 |
| 4.39<br>Leman Manhattan Preparatory School<br>41 Broad Street<br>New York NY 10004 | Debtor 1 only | No | | unliquidated and disputed | education | 0.00 |
| 4.40<br>Lenox Hill<br>PCB<br>P.O. Box 9060<br>Hicksville NY 11802 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 0.00 |
| 4.41<br>Lidia Nahoum<br>2220 South Ocean Blvd<br>Delray Beach FL 33483 | Debtor 1 only | No | | unliquidated | family loan | 65,000.00 |
| 4.42<br>Long Island Power Authority<br>15 Park Drive<br>Melville, NY 11747 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.43<br>Music and Arts Center<br>1957 Pioneer Road<br>Building F<br>Huntington Valley PA 19006 | Debtor 1 only | No | | unliquidated and disputed | music rental | 0.00 |
| 4.44<br>Music and Arts Center<br>762 Route 17<br>Paramus, NJ 07652 | Debtor 1 only | No | | unliquidated and disputed | music rental | 0.00 |
| 4.45<br>Meister Seelig & Fein LLP<br>Attn: Howard Koh<br>125 Park Avenue<br>New York NY 10017 | Debtor 1 only | No | | unliquidated and disputed | professional services | 0.00 |
| 4.46<br>Navient Solutions, Inc. on behalf of<br>Department of Education Loan<br>Services<br>P.O. Box 9635<br>Wilkes-Barre PA 18773-9635 | Debtor 1 only | No | 11/26/13 | unliquidated and disputed | student loans | 23,566.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.47 Navient Solutions, Inc. on behalf of Department of Education Loan Services P.O. Box 9635 Wilkes-Barre PA 18773-9635 | Debtor 1 only | No | 11/26/13 | unliquidated and disputed | student loans | 4,136.53 |
| 4.48 New York City Law Department 100 Church Street New York, NY 10007 | Debtor 1 only | No | | | | 0.00 |
| 4.49 New York City Water Board Department of Environmental Protection 59-17 Junction Boulevard, 8th Floor Flushing, NY 11373 | At least one of the debtors and another | No | | unliquidated and disputed | utility | 0.00 |
| 4.50 New York Presbyterian P.O. Box 1022 Wixom MI 48393 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 0.00 |
| 4.51 New York State Insurance Fund 8 Corporate Center Drive 3rd Floor Melville NY 11747-3129 | Debtor 1 only | No | | | | 0.00 |
| 4.52 NTL Credit Systems 117 E 24th St 5th Floor New York NY 10010 | At least one of the debtors and another | No | 8/27/12 | unliquidated and disputed | West End Pediatrics | 1,000.00 |
| 4.53 NY Orthopedic Hospital Associates P.O. Box 28094 New York NY 10087 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 0.00 |
| 4.54 NY State Dept of Labor State Office Campus Building #12 Room #256 Albany NY 12240 | Debtor 1 only | No | | | | 0.00 |
| 4.55 NYC Department of Finance Attn: Legal Affairs 345 Adams Street 3rd Floor Brooklyn NY 11201 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.56<br>NYS Department of Labor<br>Attn: Debbie Anziano<br>State Office Campus<br>Building # 12, Room # 256<br>Albany NY 12240 | Debtor 1 only | No | | | | 0.00 |
| 4.57<br>NYS Department of Taxation and Finance<br>Attn: Office of Counsel<br>Building 9<br>W.A. Harriman Campus<br>Albany NY 12227 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.58<br>NYS Dept Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany NY 12205-0300 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.59<br>NYS Unemployment Insurance Fund<br>P.O. Box 551<br>Albany NY 12201 | Debtor 1 only | No | | | | 0.00 |
| 4.60<br>Olde Town Animal Hospital<br>380 Country Road 39a<br>Southampton NY 11968 | Debtor 1 only | No | | unliquidated and disputed | | 171.23 |
| 4.61<br>Panorama Windows<br>767 East 132 St<br>Bronx NY 10454 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.62<br>Panorama Windows<br>c/o Brady Klein & Weissman LLP<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.63<br>Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn NY 11201 | Debtor 1 only | No | | | | 0.00 |
| 4.64<br>Penn Mutual Life Insurance Company<br>Philadelphia PA 19172 | Debtor 1 only | No | | unliquidated and disputed | life insurance | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.65<br>Penn Mutual Life Insurance Company<br>600 Dresher Road<br>Horsham PA 19044 | Debtor 1 only | No | | unliquidated and disputed | life insurance | 0.00 |
| 4.66<br>Professional Services of New York<br>2701 Middle Country Rd<br>Lake Grove NY 11755 | Debtor 1 only | No | 12/21/11 | unliquidated and disputed | WF McCoy Petroleum Products | 461.00 |
| 4.67<br>PSEGLI<br>Special Collections<br>15 Park Drive<br>Melville, NY 11747 | Debtor 1 only | No | | unliquidated and disputed | | 3,003.11 |
| 4.68<br>Roy C. Justice, Esq.<br>600 Third Avenue, 2nd Floor<br>New York NY 10016-1919 | Debtor 1 only | No | | unliquidated | professional fees | 0.00 |
| 4.69<br>Town of Southampton<br>Office of the Receiver of Taxes<br>116 Hampton Road<br>Southampton NY  11968 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.70<br>Suffolk County Water Authority<br>4060 Sunrise Highway<br>Oakdale, NY 11769 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.71<br>Suffolk County Water Authority<br>2045 Route 112, Suite 5<br>Coram, NY 11727 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.72<br>Tanya Bookman<br>200 Winston Drive 1808<br>Cliffside Park NJ 07010 | Debtor 1 only | No | | unliquidated | bookkeeper | 0.00 |
| 4.73<br>Tannenbaum Helpern Syracuse &<br>Hirschtritt LLP<br>900 Third Avenue<br>New York, NY 10022 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |
| 4.74<br>Toby Chapel<br>550 Biltmore Way<br>Coral Gables FL 33134 | At least one of the debtors and another | No | | unliquidated and disputed | tenant deposit | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.75<br>Toby Chapel<br>519 Town and Country Blvd.<br>Sebring, FL 33875 | At least one of the debtors and another | No | | unliquidated and disputed | tenant deposit | 0.00 |
| 4.76<br>Tribeca Pediatrics<br>15 Warren St.<br>New York NY 10007 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 0.00 |
| 4.77<br>United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street Third Floor<br>New York NY 10007 | Debtor 1 only | No | | | | 0.00 |
| 4.78<br>United States Trustee's Office<br>Region 2<br>U.S. Federal Office Building<br>201 Varick Street Room 1006<br>New York NY 10014 | Debtor 1 only | No | | | | 0.00 |
| 4.79<br>Verizon<br>P.O. Box 4842<br>Trenton NJ 08650 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.80<br>Verizon Wireless<br>P.O. Box 4003<br>Acworth GA 30101 | Debtor 1 only | No | | unliquidated and disputed | utility | 0.00 |
| 4.81<br>Water World Irrigation<br>40 Mariner Dr<br>Southampton NY 11968 | Debtor 1 only | No | | unliquidated and disputed | services | 0.00 |
| 4.82<br>Water World Irrigation, Inc.<br>20A Columbine Ave. N<br>Hampton Bays, NY 11946 | Debtor 1 only | No | | unliquidated and disputed | services | 0.00 |
| 4.83<br>Water World Irrigation, Inc.<br>P.O. Box 137<br>Hampton Bays, NY 11946 | Debtor 1 only | No | | unliquidated and disputed | services | 0.00 |
| 4.84<br>West Chelsea Veterinary<br>248 West 26<br>New York NY 10001 | Debtor 1 only | No | | unliquidated and disputed | | 0.00 |

| Creditor Name and Address | Who Incurred the Debt | Is claim Subject to Setoff | Date Debt Was Incurred | As of the Date You File, the Claim is Contingent, Unliquidated and/or Disputed | Type of Nonpriority Unsecured Claim | Amount of Claim |
|---|---|---|---|---|---|---|
| 4.85<br>West End Pediatrics<br>450 West End Avenue<br>New York, NY 10024 | At least one of the debtors and another | No | | unliquidated and disputed | medical bill | 1,000.00 |
| 4.86<br>Credit Suisse<br>Paradeplatz 8<br>8070<br>Zurich Switzerland | Debtor 1 only | No | | unliquidated and disputed | safe deposit box | 0.00 |
| 4.87<br>Kreinik Associates, LLC<br>747 Third Avenue, 23rd Floor<br>New York, NY 10017 | Debtor 1 only | No | | unliquidated and disputed | professional services | 20,728.62 |
| **Total Amount of Claims for Student Loans** | | | | | | **27,702.53** |
| **Total Amount of Other Nonpriority Unsecured Claims** | | | | | | **545,881.71** |
| **Total Amount of Nonpriority Unsecured Claims** | | | | | | **573,584.24** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse If filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of New York | | |
| Case number (If known) | 16-12662 (MG) | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | see attached | |
| | Name | |
| | Number        Street | |
| | City                    State        ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number        Street | |
| | City                    State        ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number        Street | |
| | City                    State        ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number        Street | |
| | City                    State        ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number        Street | |
| | City                    State        ZIP Code | |

| Debtor 1 | Ken | | Nahoum | | Case number *(if known)* | 16-12662 (MG) |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.2** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |
| **2.__** | |
| Name | |
| Number     Street | |
| City                          State     ZIP Code | |

**Attachment to Schedule G: Executory Contracts and Unexpired Leases**

2.

| Person or Company With Whom You Have the Contract or Lease | State What the Contract or Lease Is For |
|---|---|
| Greene House Condominium Association<br>c/o Paul Brensilber<br>Jordan Cooper LLC<br>440 Ninth Avenue, 15th Floor<br>New York, NY 10001<br><br>and<br><br>Greene House Condominium Association<br>c/o Lewis Law PLLC<br>Attn: Kenneth M. Lewis, Esq.<br>220 White Plains Road<br>Tarrytown, NY 10591<br><br>and<br><br>Greene House Condominium Association<br>c/o Braverman Greenspun, P.C.<br>Attn: Kelly A. Ringston, Esq.<br>110 East 42nd Street, 17th Fl<br>New York, NY 10017 | lease from Greene House Condominium Association to Ken Nahoum for roof space |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number __16-12662 (MG)__
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City                        State                    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** see attached<br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Debtor 1    Ken                    Nahoum              Case number *(if known)*  16-12662 (MG)
            First Name   Middle Name   Last Name

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |

Check all schedules that apply:

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.__
Name
Number     Street
City                    State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Attachment to Schedule H: Codebtors**

3. Codebtors

| Codebtor | Creditor to Whom you Owe the Debt |
|---|---|
| Barbara Milewicz a/k/a Basia Milewicz<br>15 William Street, Apt. # 17A<br>New York, NY 10004 | Schedule D, lines 2.1, 2.4 and 2.5 |
| Barbara Milewicz a/k/a Basia Milewicz<br>15 William Street, Apt. # 17A<br>New York, NY 10004 | Schedule E/F, lines 4.19, 4.40, 4.49, 4.50, 4.52, 4.53, 4.74, 4.75, 4.76 and 4.85 |

**Fill in this information to identify your case:**

Debtor 1          Ken                                    Nahoum
                  First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name        Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number         12-12662 (MG)
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | photographer | |
| Employer's name | self employed | |
| Employer's address | 95 Greene Street<br>Number  Street<br>PH A, B, E | Number  Street |
| | New York         NY      10012<br>City        State   ZIP Code | City        State   ZIP Code |
| How long employed there? | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $_____ |

Debtor 1    Ken _____ Nahoum _____    Case number *(if known)* 12-12662 (MG)
           First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................➔ | 4. | $ 0.00 | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $_____ |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $_____ |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -4,000.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $ 2.75 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $_____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $_____ |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ -3,997.25 + | $_____ = | $ -3,997.25 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $_____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ -3,997.25

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    increase

**Fill in this information to identify your case:**

Debtor 1        Ken                                    Nahoum
                First Name        Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number    16-12662 (MG)
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

  _____
  MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 19 | ☐ No  ☑ Yes |
| son | 13 | ☐ No  ☑ Yes |
| son | 11 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 100,000.00 |
| If not included in line 4: |  |  |
| 4a.   Real estate taxes | 4a. | $_____ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $_____ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $_____ |
| 4d.   Homeowner's association or condominium dues | 4d. | $_____ |

| Debtor 1 | Ken | | Nahoum | Case number (if known) | 16-12662 (MG) |
| | First Name | Middle Name | Last Name | | |

|  | **Your expenses** |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 1,000.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 1,500.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 2,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 20,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 1,000.00 |
| 10. | **Personal care products and services** | 10. | $ 250.00 |
| 11. | **Medical and dental expenses** | 11. | $ 1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 1,200.00 |
| | 15c. Vehicle insurance | 15c. | $ 0.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   Ken                                    Nahoum                       Case number *(if known)* 16-12662 (MG)
           First Name         Middle Name              Last Name

---

21.  **Other**. Specify: _____   21.   +$_____ 0.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                    22a.  $_____ 128,550.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $_____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $_____ 128,550.00

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $_____ -3,997.25

    23b. Copy your monthly expenses from line 22c above.          23b.  −$_____ 128,550.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.                      23c.  $_____ -132,547.25

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.    Explain here: increase

**Fill in this information to identify your case:**

Debtor 1    Ken                                    Nahoum
             First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number   16-12662 (MG)
              (If known)

☐ Check if this is an
   amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | Your assets |
|---|---|
|  | Value of what you own |

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................ $  21,000,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................... $   42,098.66

   1c. Copy line 63, Total of all property on *Schedule A/B* ...................................... $  21,042,098.66

### Part 2:    Summarize Your Liabilities

|  | Your liabilities |
|---|---|
|  | Amount you owe |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... $  13,713,187.55

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................... $   0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... +  $   573,584.24

   **Your total liabilities**    $  14,286,771.79

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................ $   -3,997.25

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ......................................................... $   128,550.00

| Debtor 1 | Ken | | Nahoum | | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | |

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ -3,997.25

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 27,702.53 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 27,702.53 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Southern District of New York

Case number   16-12662 (MG)
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Ken Nahoum                              ✗ _____

Signature of Debtor 1                            Signature of Debtor 2

Date  11/07/2016                                 Date _____
      MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ken | | Nahoum |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number: 16-12662 (MG)
(If known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number    Street | To   _____ | Number    Street | To   _____ |
| _____ | | _____ | |
| City            State   ZIP Code | | City            State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number    Street | To   _____ | Number    Street | To   _____ |
| _____ | | _____ | |
| City            State   ZIP Code | | City            State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

| Debtor 1 | Ken | | Nahoum | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☒ Operating a business | $_____0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, 2015) YYYY | ☐ Wages, commissions, bonuses, tips ☒ Operating a business | $____30,179.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2014) YYYY | ☐ Wages, commissions, bonuses, tips ☒ Operating a business | $____24,143.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | K-1 _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For last calendar year:** (January 1 to December 31, 2015) YYYY | dividends _____ _____ | $_____33.00 $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2014) YYYY | dividends _____ _____ | $_____31.00 $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |

| Debtor 1 | Ken | | Nahoum | | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| subject to amendment<br>Creditor's Name<br><br>Number    Street<br><br>City        State      ZIP Code | _____ <br><br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br>City        State      ZIP Code | <br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br>City        State      ZIP Code | _____ <br><br>_____ <br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Ken                              Nahoum                    Case number *(if known)* 16-12662 (MG)
            First Name    Middle Name        Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| subject to amendment _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City              State    ZIP Code | | | | |
| _____ Insider's Name | | $_____ | $_____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City              State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $_____ | $_____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City              State    ZIP Code | | | | |
| _____ Insider's Name | | $_____ | $_____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City              State    ZIP Code | | | | |

Debtor 1    Ken _____ Nahoum _____    Case number *(if known)* 16-12662 (MG)
First Name    Middle Name    Last Name

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title see attached _____ _____ Case number _____ | | Court Name _____ Number  Street _____ City _____ State  ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| Case title _____ _____ Case number _____ | | Court Name _____ Number  Street _____ City _____ State  ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Internal Revenue Service<br>Creditor's Name<br><br>290 Broadway<br>Number  Street<br><br>New York    NY    10007<br>City    State    ZIP Code | IRA account<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $ 26,000.00 |
| Creditor's Name<br><br>Number  Street<br><br>City    State    ZIP Code | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |

| Debtor 1 | Ken | Nahoum | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City              State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City              State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Ken | | Nahoum | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6:    List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| contents of 97 Rosewood Lane, Watermill, NY 11976 lost by theft | no insurance | 01/01/2016 | $_____ |

## Part 7:    List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DiConza Traurig Kadish LLP<br>Person Who Was Paid<br><br>630 Third Avenue<br>Number    Street<br><br>_____<br><br>New York          NY    10017<br>City          State    ZIP Code<br><br>www.dtklawgroup.com<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | bankruptcy retainer | 09/19/2016<br><br>_____ | $   25,000.00<br><br>$_____ |

Debtor 1    Ken _____ Nahoum _____     Case number (*if known*) 16-12662 (MG)
First Name      Middle Name      Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City            State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City            State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Ken _____ Nahoum _____                                    Case number (if known) 16-12662 (MG)
    First Name    Middle Name    Last Name

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ _____ | | _____ |

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank**<br>Name of Financial Institution<br>**525 Broadway**<br>Number   Street<br>_____<br>**New York**   **NY**   **10012**<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ 0.00 |
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>**10012**<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Credit Suisse**<br>Name of Financial Institution<br>**Paradeplatz 8**<br>Number   Street<br>**8070 Zurich Switzerland**<br>_____<br>City   State   ZIP Code | _____<br>Name<br>_____<br>Number   Street<br>_____<br>City   State   ZIP Code | empty | ☐ No<br>☑ Yes |

---

| Debtor 1 | Ken | | Nahoum | Case number *(if known)* 16-12662 (MG) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Despatch Self Storage**<br>Name of Storage Facility<br><br>**229 Butter Lane**<br>Number   Street<br><br>**Sag Harbor      NY    11963**<br>City            State    ZIP Code | Name<br><br>Number   Street<br>                          11963<br>City State  ZIP Code | curtains, stored clothes | ☐ No<br>☑ Yes |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br><br>Number   Street<br><br>City            State    ZIP Code | Number   Street<br><br>City                State    ZIP Code | | $_____ |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br><br>Number   Street<br><br>City            State    ZIP Code | Governmental unit<br><br>Number   Street<br><br>City                State    ZIP Code | | _____ |

---

Debtor 1    Ken _____ Nahoum _____    Case number (*if known*) 16-12662 (MG)
First Name    Middle Name    Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | |
| Name of site | Governmental unit | | _____ |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | _____ | | ☐ Pending |
| _____ | Court Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |
| | Number    Street | | |
| Case number _____ | _____ | | |
| | City    State    ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Ken Nahoum Productions, Inc. | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | |
| 95 Greene Street | film and commercial photography productions | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| New York    NY    10012 | Andrew Brint | From 01/01/1982 To 11/07/2016 |
| City    State    ZIP Code | | |
| Hypnotic Films, Inc. | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| Business Name | | |
| 95 Greene Street | film and photography productions | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| New York    NY    10012 | Andrew Brint | From 01/01/2011 To 11/07/2016 |
| City    State    ZIP Code | | |

Debtor 1    Ken _____ Nahoum _____

First Name     Middle Name     Last Name

Case number *(if known)* 16-12662 (MG)

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number   Street** | Name of accountant or bookkeeper | Dates business existed |
| | | |
| **City       State   ZIP Code** | | From _____ To 11/07/2016 |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☑ Yes. Fill in the details below.

|  | Date issued |
|---|---|
| Chase Bank | |
| **Name** | MM / DD / YYYY |
| 525 Broadway | |
| **Number   Street** | |
| | |
| New York       NY   10012 | |
| **City       State   ZIP Code** | |

---

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Ken Nahoum _____

**Signature of Debtor 1**

✖ _____

**Signature of Debtor 2**

Date 11/07/2016 _____

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Attachment to Statement of Financial Affairs for Individuals Filing for Bankruptcy**

**Part 4: Identify Legal Actions, Repossession, and Foreclosures**

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?  List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

Yes

| Case Title | Case No. | Nature of Case | Court or Agency | Status of Case |
|---|---|---|---|---|
| JPMorgan Chase Bank, NA v. Kenneth Nahoum, et al. | Index No. 108961/2009 | foreclosure action | New York County Supreme Court | disposed |
| Citibank (South Dakota), N.A. v. Ken Nahoum | Index No. 113751/2009 | | New York County Supreme Court | active |
| Kenneth Nahoum v. Greene House Condominium | Index No. 107116/2011 | | New York County Supreme Court | active |
| Greene House Condominium v. Kenneth Nahoum | Index No. 110468/2011 | | New York County Supreme Court | active |
| U.S. Bank NA as Trustee, Successor in Interest to Bank of America, NA as Successor By Merger to LaSalle Bank NA as Trustee for Wamu Mortgage Pass-Through Certificates Series 2006-AR8 Trust v. Ken Nahoum, et al. | Index No. 001423/2012 | foreclosure action | Suffolk County Supreme Court | disposed |
| Ken Nahoum v. Basia Milewicz | Index No. 158460/2015 | | New York County Supreme Court | active |