DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Allen Kadish
Tel: (212) 682-4940
Fax: (212) 682-4942
Email:   akadish@dtklawgroup.com

*Counsel for Ken Nahoum,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                                 Chapter 11

KEN NAHOUM,                                              Case No. 16-12662 (MG)

                           Debtor.

---------------------------------------------------------x

## SUPPLEMENTAL DECLARATION
## ON BEHALF OF DICONZA TRAURIG KADISH LLP
## DISCLOSING PROFESSIONAL FEE HOURLY RATES FOR 2017

        I, Allen G. Kadish, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information and belief.

        1.     I am a partner of DiConza Traurig Kadish LLP ("**DTK**") with an office at 630 Third Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York and am admitted to practice in the Southern District of New York. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

        2.     DTK has been retained as counsel for Ken Nahoum (the "**Debtor**"), pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

        3.     As described in the Debtor's application seeking authorization to retain and employ DTK as his counsel, DTK periodically changes its hourly rates to adjust for

economic and other conditions. DTK last increased its hourly rates in January 2016 and has determined that it now needs to increase its hourly rates in order to adjust for changes in economic conditions and increased operating costs.

4. Effective as of January 1, 2017, DTK will increase the hourly rates of DTK professionals with respect to all matters, including DTK's representation of the Debtor. The hourly rates of DTK's professionals, including those involved with representation of the Debtor, will be increased as follows:

| Professional | 2016 Hourly Rate | 2017 Hourly Rate |
| --- | --- | --- |
| Gerard DiConza (Partner) | $605 | $655 |
| Jeffrey Traurig (Partner) | 495 | 515 |
| Allen G. Kadish (Partner) | 645 | 675 |
| Maura I. Russell (Counsel) | 605 | 650 |
| Richard K. Milin (Counsel) | 605 | 650 |
| Lance A. Schildkraut (Counsel) | 395 | 395 |
| Harrison Breakstone (Associate) | 375 | 375 |
| Paralegal | 195 | 195 |

5. DTK has carefully considered this rate increase, as well as the rates of other similar law firms providing similar services, and I believe the new hourly rates for professionals to be charged by DTK are reasonable.

Dated: New York, New York
       December 27, 2016

                                                            /s/ Allen G. Kadish
                                                             Allen G. Kadish